UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM                                                                                         PLAINTIFF
#209415

V.                                           No. 4:20CV00764-JM-JTR

BERRYMAN, OIC/Deputy,
Lonoke County Sheriff's Office, *et al.*                                                        DEFENDANTS

## ORDER

For good cause shown, plaintiff Richard Gilliam's motions for voluntary dismissal of defendants OIC/Deputy Berryman and Lieutenant Gebhardt [Docs. 9 & 12] are granted. His claims against Berryman and Gebhardt are dismissed without prejudice.

Dated this 22nd day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE