UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**                                            **PLAINTIFF**

V.                  No. 4:20-cv-00764-JM-JTR

**LANIUS, Deputy/Head of Medical,
Lonoke County Sheriff's Office,** *et al.*                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is voluntarily dismissed without prejudice.

Dated this 6th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE